UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-14200-MOORE/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

511 CAROLINE STREET, LLC and
CURRY MANSION CORPORATION,

        Defendants.
_____/

## **JOINT NOTICE OF SETTLEMENT**

The parties hereto, through counsel, inform the Court that this matter has been resolved.

Dated: August 4, 2020.

| | |
|---|---|
| s/Drew M. Levitt | s/Brett Tyler Smith |
| DREM M. LEVITT | BRETT TYLER SMITH |
| Florida Bar No. 782246 | Florida Bar. No. 0085412 |
| drewmlevitt@gmail.com | Court-filings@thesmithlawfirm.com |
| Lee D. Sarkin | THE SMITH LAW FIRM, |
| Florida Bar No. 962848 | A Professional Association |
| lsarkin@aol.com | 509 Whitehead Street |
| 4700 N.W. Boca Raton Boulevard | Key West, Florida 33040 |
| Suite 302 | Telephone (305) 296-0029 |
| Boca Raton, Florida 33431 | Attorneys for Defendants |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |