UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-14200-MOORE/MAYNARD

DAVID POSCHMANN,

        Plaintiff,

v.

511 CAROLINE STREET, LLC and
CURRY MANSION CORPORATION,

        Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: August 14, 2020

| | |
|---|---|
| s/Drew M. Levitt | s/Brett Tyler Smith |
| DREM M. LEVITT | BRETT TYLER SMITH |
| Florida Bar No. 782246 | Florida Bar. No. 0085412 |
| drewmlevitt@gmail.com | Court-filings@thesmithlawfirm.com |
| Lee D. Sarkin | THE SMITH LAW FIRM, |
| Florida Bar No. 962848 | A Professional Association |
| lsarkin@aol.com | 509 Whitehead Street |
| 4700 N.W. Boca Raton Boulevard | Key West, Florida 33040 |
| Suite 302 | Telephone (305) 296-0029 |
| Boca Raton, Florida 33431 | Attorneys for Defendants |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |